# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEAN OSCAR, | : |
| Petitioner | : |
| v. | : CIVIL ACTION NO. 3:19-0760 |
| Warden, | : (Judge Mannion) |
| Respondent | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion to proceed *in forma pauperis* (Doc.4) is **GRANTED** only for purposes of filing the petition.

2. The petition is **DEEMED** filed.

3. The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED** without prejudice to any right Petitioner may have to reassert his instant claims in a properly filed civil rights action.

4. The Clerk of Court shall **CLOSE** the above captioned case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 10, 2019**
19-0760-01-ORDER